UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 16-5959 ODW (RAO) | Date: | January 12, 2017 |
| Title: | Ninh Dinh Pham v. Officer Starkey, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| N/A | N/A |

**Proceedings:**   (In Chambers) **ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO FILE NOTICE OF SUBMISSION**

On November 14, 2016, Plaintiff Ninh Dinh Pham ("Plaintiff") filed his First Amended Complaint ("FAC"). (Dkt. No. 10.) On November 23, 2016, the Court issued its Order re Civil Rights Cases and directed service of process by the United States Marshal Service. (Dkt. Nos. 13-15.) The Court thereafter issued summons. (Dkt. No. 16.)

The Court's Order Directing Service of Process by the United States Marshal required Plaintiff, no later than December 23, 2016, to file with the Court a Notice of Submission stating that he provided to the Marshals Service the necessary documents to complete service. (Dkt. No. 14 at 2.) The order warned Plaintiff that "**[i]f Plaintiff [did] not file the Notice of Submission by December 23, 2016, this action will be subject to dismissal without prejudice**." (*Id.*) To date, the Court has not received a Notice of Submission from Plaintiff.

In light of the foregoing, **IT IS ORDERED** that Plaintiff must show cause, in writing, on or before **January 27, 2017**, why this case should not be dismissed for failure to prosecute and to comply with Court orders. Alternatively, Plaintiff may file a Notice of Submission in accordance with the Court's prior orders. **Plaintiff's failure to timely respond to this Order will result in a recommendation that this case be dismissed.**

**IT IS SO ORDERED.**

:  
Initials of Preparer   gr