UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINH DINH PHAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STARKEY, et al.,<br><br>　　　　　Defendants. | Case No. CV 16-05959-ODW (RAO)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, Defendant's Motion for Summary Judgment, Plaintiff's Motion for Summary Judgment, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report") issued on April 13, 2018. Further, the Court has made a *de novo* determination of those portions of the Report to which objections have been made. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///
///
///
///
///

Accordingly, IT IS ORDERED that Plaintiff's First Amended Complaint is DISMISSED with prejudice.

DATED: May 4, 2018

*[signature]*

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE