# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINH DINH PHAM,<br><br>        Plaintiff,<br><br>        v.<br><br>STARKEY, et al.,<br><br>        Defendants. | Case No. CV 16-05959-ODW (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED with prejudice, and this action is dismissed.

DATE: _May 4, 2018

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE